UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv219
(3:04cr223)

| | |
|---|---|
| MADISON DUANE McRAE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

THIS MATTER is before this Court on the government's Motion for Extension of Time filed on June 25, 2008. (Doc. No. 9).

On May 16, 2008, the Court directed the United States to file an answer within forty (40) days in response to Petitioner's allegations. (Doc. No. 2). According to the motion, the government requested an affidavit from Petitioner's appellate counsel on May 23, 2008, but has yet to receive it. The Court finds that the government has established good cause for the extension of time to file an answer to the petitioner's allegations.

**IT IS, THEREFORE, ORDERED** that the government's Motion for an Extension of Time (Doc. No. 9) is **GRANTED**. The government shall file its answer on or before July 25, 2008. Appellate counsel is directed to provide an affidavit to the government promptly, if she has not yet done so.

The Clerk is directed to certify copies of this order to Petitioner, Respondent, and Ann T. Shafer, 1800 Peachtree Street, N.W., Suite 300, Atlanta, Georgia 30309.

Signed: July 2, 2008

Robert J. Conrad, Jr.
Chief United States District Judge