UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv219
(3:04cr223)

| | | |
|---|---|---|
| MADISON DUANE McCRAE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before this Court on the government's Motion for Extension of Time filed on July 25, 2008. (Doc. No. 13) and Petitioner's Motion for an Evidentiary Hearing (Doc. No. 12).

For the reasons stated in the government's motion, the Court finds that the government has established good cause for an additional extension of time to file a resoinse to Petitioner's allegations.

The Court previously held that was without sufficient information to warrant granting an evidentiary hearing. (Doc. No. 10). Petitioner's new motion (Doc. No. 12) does not cause the Court to reconsider its previous ruling.

**IT IS, THEREFORE, ORDERED** that:

1. The government's Motion for an Extension of Time (Doc. No. 13) is GRANTED, and the government shall file its response within thirty days from the entry of this Order; and

2. Petitioner's Motion for an Evidentiary Hearing (Doc. No. 12) is DENIED.

Signed: August 1, 2008

Robert J. Conrad, Jr.
Chief United States District Judge