UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv219
(3:04cr223)

| | |
|---|---|
| MADISON DUANE McRAE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before this Court on the government's third Motion for Extension of Time filed on September 2, 2008. (Doc. No. 16).

Based on the statements in the motion, the Court finds that the government has established good cause a final extension of time to file an answer to petitioner's allegations

**IT IS, THEREFORE, ORDERED** that the government's Motion for an Extension of Time (Doc. No. 16) is **GRANTED**, and the government shall file its response on or before October 10, 2008.

Signed: October 2, 2008

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge