UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv219
(3:04cr223)


| | | |
|---|---|---|
| MADISON DUANE MCRAE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER and NOTICE |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |


**THIS MATTER** is before this Court upon Respondent's Motion for Summary Judgment.

(Doc. No. 19).

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises

Petitioner, who is proceeding pro se, of the heavy burden that he carries in responding to

Respondent's Motion for Summary Judgment.

Rule 56(e)(2), Federal Rules of Civil Procedure, provides:

> When a motion for summary judgment is properly made and supported, an
> opposing party may not rely merely on allegations or denials in its own pleadings;
> rather, its response must -- by affidavits or as otherwise provided in this rule -- set
> out specific facts showing a genuine issue for trial. If the opposing party does not
> so respond, summary judgment should, if appropriate, be entered against that party.

This language means that if the Petitioner has any evidence to offer to show that there is a genuine

issue for trial, he must now present it to this Court in a form which would otherwise be admissible

at trial, that is, in the form of affidavits or unsworn declarations. An affidavit is a written

statement sworn before a notary public. An unsworn statement, made and signed under the

penalty of perjury, may also be submitted. Affidavits or sworn statements must be presented by Petitioner to this Court within thirty (30) days of the entry of this Order. As stated by Rule 56(e)(2), Petitioner's failure to respond may result in granting summary judgment to Respondent, that is, the dismissal of the Motion to Vacate with prejudice.

**IT IS, THEREFORE, ORDERED** that Petitioner has thirty (30) days from the entry of this Order to file his response, including any evidence, to Respondent's Motion for Summary Judgment.

The Clerk is directed to send copies of this Order and Notice to the parties.

Signed: December 15, 2008

Robert J. Conrad, Jr.
Chief United States District Judge