# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Madison Duane McRae,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      3:08cv219/3:04cr223

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/15/2011 Order.

Signed: March 15, 2011

Frank G. Johns, Clerk
United States District Court