UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-219-RJC
(3:04-cr-223-RJC)

| | |
|---|---|
| MADISON DUANE MCRAE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court on remand from the Fourth Circuit Court of Appeals following the reversal of this Court's dismissal of a Motion for Relief from Judgment as a successive petition. In accordance with the Fourth Circuit opinion, the Court finds that, on remand, Respondent shall file a brief in response to Petitioner's allegations in his motion for relief from judgment as to various alleged errors made by the Court in ruling on Petitioner's prior § 2255 petition, as well as the timing of the Rule 60(b) motion.

**IT IS, THEREFORE, ORDERED THAT** Respondent shall file, within sixty (60) days of entry of this Order, a brief in response to Petitioner's allegations as to various alleged errors made by the Court in ruling on his prior § 2255 petition, as well as the timing of the Rule 60(b) motion. Petitioner shall then have an additional twenty (20) days in which to file a brief in response.

Signed: February 3, 2016

Robert J. Conrad, Jr.
United States District Judge