UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-219-RJC
(3:04-cr-223-RJC)

| | |
|---|---|
| MADISON DUANE MCRAE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on a Motion for Leave to Appear Pro Hac Vice as to William Durbin. (Doc. No. 71). It appearing that William Durbin is a member in good standing with the Eastern and Western Districts of Virginia, and the Virginia State Bar, the Court grants the motion.

**IT IS THEREFORE ORDERED** that

(1) William Durbin's Motion for Leave to Appear Pro Hac Vice is **GRANTED**.

Signed: April 11, 2016

Robert J. Conrad, Jr.
United States District Judge

1